**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



_John E. Hoffman, Jr._
John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: February 26, 2025**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 23-52088 |
| Robert Scott Clark | | |
| Josette Tina Clark | : | Chapter 13 |
| | | |
| Debtor(s) | : | Judge John E. Hoffman Jr. |

### AGREED ORDER ON TRUSTEE'S MOTION TO DISMISS (Doc. 47)

This cause came on for hearing on March 04, 2025 on the Trustee's Motion to Dismiss this Chapter 13 Case (Doc. 47) and the Response (Doc. 48) filed by Debtor(s). Upon the agreement of the parties, the Chapter 13 Trustee's Motion to Dismiss shall be held in abeyance to provide Debtor(s) the opportunity to perform under the terms of the confirmed Chapter 13 Plan (the "Plan").

Debtor(s) shall resume full and regular payments into the Plan and cure any plan length issue within sixty (60) days of the date this Agreed Order is entered. Upon entry of the Agreed Order, Trustee shall adjust her records to reflect Plan funding as current. Any delinquent Plan payments shall be deferred and must be cured within the applicable commitment period, but no

later than the sixtieth month of the Plan (or the eighty-fourth month, if the plan length is extended by separate order of the Court).

If the Debtor(s): (1) become more than thirty (30) days in default on any subsequent Plan payment; (2) do not correct any plan length issue within sixty (60) days of the date this Agreed Order is entered; or (3) do not cure any deferred Plan funding delinquency within the applicable commitment period, but no later than the sixtieth month of the Plan (or the eighty-forth month, if the plan length is extended by separate order of the Court), then the Trustee shall be authorized to submit to the Court an order of dismissal with an attached affidavit attesting to the default under this Agreed Order. Upon submission of the Trustee's proposed order of dismissal and affidavit of default, the Motion to Dismiss will be granted instanter without further notice or hearing.

**IT IS SO ORDERED.**

Approved:

/s/ Derek Michael Shaw Esq  (Consent via email 2/24/2025)
Derek Michael Shaw Esq (0088076)
Calig Law Firm
513 E Rich St Ste 210
Columbus, OH  43215
614-252-2300 telephone
614-252-2558 facsimile
dshaw@caliglaw.com
Attorney for Debtor(s)

/s/ Faye D. English

Faye D. English, Chapter 13 Trustee, (0075557)
10 West Broad St., Suite 1600
Columbus, OH  43215
614-420-2555 telephone
614-420-2550 facsimile
notices@ch13columbus.com

Copies to: Default List