# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | : | Case No. 23-52088 |
| ROBERT SCOTT CLARK | | |
| JOSETTE TINA CLARK | : | Chapter 13 |
| Debtor(s) | : | Judge Tiffany Strelow Cobb |

## TRUSTEE'S MOTION TO DISMISS (POST CONFIRMATION TAX RETURNS)

Now comes Faye D. English, standing Chapter 13 Trustee herein, and moves this Court to dismiss this case pursuant to 11 U.S.C. §1307(c) for the reasons set forth below:

Debtor(s) have not provided to the Chapter 13 Trustee copies of the 2023 and 2024 post-confirmation tax returns, which constitutes a violation of 11 U.S.C. §§521(a)(3), 521(f)(1), and Bankruptcy Rule 4002(a)(4).

Wherefore, the Trustee requests that an order be entered dismissing this case, granting the Trustee leave to file her Final Report, and discharging the Trustee from her trust.

Respectfully submitted,

/s/ Faye D. English
Faye D. English
Chapter 13 Trustee
10 West Broad Street, Suite 1600
Columbus, Ohio  43215-3419
Telephone: 614-420-2555
Facsimile: 614-420-2550

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No. 23-52088 |
| ROBERT SCOTT CLARK | | |
| JOSETTE TINA CLARK | : | Chapter 13 |
| Debtor(s) | : | Judge Tiffany Strelow Cobb |

### NOTICE OF MOTION TO DISMISS

Faye D. English, Chapter 13 Trustee, has filed papers with the Court to dismiss this case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to dismiss this case, then within **twenty-one (21) days** from the service date of the motion, you or your attorney must file with the Court a written response explaining your position at:

U.S. Bankruptcy Court
170 N. High Street
Columbus, OH 43215

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above. You must also mail a copy to all parties required to be served pursuant to the Federal and Local Rules of Bankruptcy Procedure, including the Chapter 13 Trustee at:

Faye D. English, Chapter 13 Trustee
10 W. Broad Street, Suite 1600
Columbus, OH 43215-3419

**If a response is filed within the time provided above, then a hearing will be held on October 07, 2025 at 2:30 pm at the U.S. Bankruptcy Court, 170 N. High Street, Columbus, OH 43215, Courtroom A. If no response is filed within the time period provided, then no hearing will be held and the Court may enter an order dismissing this case.**

Dated: 9/4/2025

/s/ Faye D. English
Faye D. English
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Motion to Dismiss was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by approved bankruptcy notice provider Premium Graphics, Inc., a DNI Corp. Company by **first class mail** on September 05, 2025 addressed to:

Robert Scott Clark
Josette Tina Clark
806 Grand Ave.
Russells Point, OH  43348

/s/ Faye D. English
Faye D. English (0075557)
Chapter 13 Trustee