**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



**Dated: November 4, 2025**

Tiffany Strelow Cobb
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re:   Robert Scott Clark | : | Case No. 23-52088 |
| Josette Tina Clark | | |
| | : | Chapter 13 |
| Debtor(s). | | |
| | : | Judge Tiffany Strelow Cobb |

### AGREED ORDER ON TRUSTEE'S MOTION TO DISMISS
### (POST CONFIRMATION TAX RETURNS) (Doc. 51)

This cause is before the Court on the Trustee's Motion to Dismiss this Chapter 13 Case (Doc. 51) for Debtor(s) failure to provide post-confirmation tax returns (hereinafter, "Motion" or "Motion to Dismiss") and the response thereto (Doc. 52) filed by Debtor(s). Following the filing of the Motion, Debtor(s) provided the tax return(s) that is/are the subject of the Motion.

Upon the agreement of the parties, the Chapter 13 Trustee's Motion to Dismiss shall be held in abeyance to provide Debtor(s) the opportunity to continue to perform under the terms of the confirmed Chapter 13 Plan (the "Plan"). Debtor(s) shall provide to the Trustee no later than

April 30th of each year during the term of the Plan, a complete copy of each federal income tax

return (including all related schedules). Should the Debtor(s) fail to provide the foregoing tax

return(s), then the Trustee shall file a Notice of Default with the Court specifying the default

under this Agreed Order. If Debtor(s) fail to cure the default within fourteen (14) days of the date

the Notice of Default is filed, then the Trustee may submit to the Court a proposed order of

dismissal. Upon submission of the proposed order of dismissal, the case may be dismissed

without further notice or hearing.

   **IT IS SO ORDERED.**

Approved:

/s/  Derek Michael Shaw Esq (Consent via email November 03, 2025)
Derek Michael Shaw Esq (0088076)
Calig Law Firm
513 E Rich St Ste 210
Columbus, OH  43215
614-252-2300 telephone
614-252-2558 facsimile
dshaw@caliglaw.com
Attorney for Debtor(s)


/s/  Faye D. English
Faye D. English  (0075557), Chapter 13 Trustee
10 West Broad Street, Suite 1600
Columbus, OH  43215
Telephone: 614-420-2555
Facsimile: 614-420-2550
notices@ch13columbus.com


Copies to:  Default List